**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| YAACOV APELBAUM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-147 |
| | ) | |
| JORDAN ARTHUR BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

**L.R. 7.1 DISCLOSURE**

Pursuant to Local Rule 7.1 of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff XRVision, Ltd. certifies that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: January 28, 2025

Respectfully submitted,

/s/ Timothy B. Hyland

Timothy B. Hyland (VSB No. 31163)
Counsel for XRVision, Ltd.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190-6274
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com