**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| YAACOV APELBAUM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:25-cv-147-MSN-WBP |
| v. | ) | |
| | ) | |
| JORDAN ARTHUR BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

# PLAINTIFFS' AMENDMENTS TO EXHIBIT LIST

Pursuant to the Court's guidance at the pretrial conference on April 23, 2026, Plaintiffs withdraw the following exhibits, and add a previously submitted but re-numbered exhibit:

I. Withdrawn Exhibits:

- 1-7, 10-23, 25-27, 31-139.

II. Exhibits Resubmitted as Directed:

- 188(a) (clean) and 188(b) (redacted) - originally submitted as Plaintiffs' Exhibit 127.

Dated: April 24, 2026

Respectfully submitted,

/s/ Timothy B. Hyland

Timothy B. Hyland (VSB No. 31163)
Counsel for Yaacov Apelbaum and XRVision, Ltd.
Hyland Law PLLC
11710 Plaza America Drive, Suite 160
Reston, VA 20190-4756
(703) 552-4733 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com

John C. Burns (pro hac vice)
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
P: (314) 329-5040
TBLF@pm.me

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn will send a copy of the foregoing and the Notice of Electronic Filing by email to the following:

Jordan Arthur Bloom
3315 North Brandywine Street
Arlington, VA 22207

/s/ Timothy B. Hyland
Timothy B. Hyland (VSB No. 31163)
Counsel for Yaacov Apelbaum and
XRVision, Ltd.
Hyland Law PLLC
11710 Plaza America Drive, Suite 160
Reston, VA 20190-4756
(703) 552-4733 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com