# United States District Court

EASTERN DISTRICT OF VIRGINIA

Yaacov Apelbaum, et al

      Plaintiffs

      V.

Jordan Bloom

  Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER 1:25-cv-147

[ ✓ ] **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[   ] **Decision of the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the

Plaintiffs in accordance with the jury verdict dated 4/27/2026 .

4/28/2026
Date

FERNANDO GALINDO
Clerk

L. Creek
(By) Deputy Clerk